UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03848
  MICHAEL F SCHENCK
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
  SSN XXX-XX-8600

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/05/2007 and was not confirmed.

    The case was dismissed without confirmation 10/24/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPECIALIZED LOAN SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 5068.45 | .00 | 423.76 |
| SLS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | 7070.94 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 718.36 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 335.97 | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICN FINANCE | UNSECURED | 1719.88 | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MERCURY FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICN FINANCE | SECURED | 2000.00 | .00 | 170.24 |
| SPECIALIZED LOAN SERVICI | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | 2,150.00 | | 1,537.99 |
| TOM VAUGHN | TRUSTEE | | | 148.01 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|

------------------------------------------------------------------------
TRUSTEE                        2,280.00

PRIORITY                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 03848 MICHAEL F SCHENCK

```
SECURED                                          594.00
UNSECURED                                            .00
ADMINISTRATIVE                                 1,537.99
TRUSTEE COMPENSATION                             148.01
DEBTOR REFUND                                        .00
                        ---------------   ---------------
TOTALS                     2,280.00          2,280.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/26/08                    /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE